## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH J. WATLEY,

    Plaintiff,

        v.

PIKE COUNTY, *et al.*,

    Defendants.

NO. 3:17-CV-1539

(JUDGE CAPUTO)

## ORDER

**NOW**, this 16th day of November, 2018, **IT IS HEREBY ORDERED** that:

(1)    The Motion for Summary Judgment (Doc. 12) filed by Defendants Pike County, Pike County Correctional Facility, and Joseph Rametta is **GRANTED**.

(2)    Judgment is **ENTERED** in favor of Defendants and against Plaintiff Joseph Watley on all claims in Count I of the Complaint.

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge